1048

[No. 48571-7-I.   Division One.   May 20, 2002.]

GENE J. BERRY, JR., *Appellant*, v. CAMERON J. FLEURY, ET AL.,
*Respondents*.

Appeal from judgments of the Superior Court for King County, No. 99-2-12846-0, Jay V. White and Dean Scott Lum, JJ., entered August 8, September 22, October 25, and December 22, 2000, and April 20, 2002. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Kennedy and Schindler, JJ.

[No. 48646-2-I.   Division One.   May 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CONRADO PAZ,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-10212-3, Michael Hayden, J., entered May 24, 2001. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 48721-3-I.   Division One.   May 20, 2002.]

THE LUCAS CHILDREN'S TRUST, *Appellant*, v. THE CITY OF
RENTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-22685-4, Harriett M. Cody, J., entered August 9, 2000. *Reversed* by unpublished opinion per Becker, C.J., concurred in by Agid and Ellington, JJ.

[No. 48874-1-I.   Division One.   May 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. D.G., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-01433-3, James D. Cayce, J., entered June 22, 2001. *Reversed* by unpublished per curiam opinion.